```
                IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                    CHAPTER 13

RONALD L & KIDIA K EDGINGTON              CASE NO. 05-24051 NLJ

         Debtor(s).


COMPLETED
_____
               NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____
     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.

DATE        CHECK NO.     PAYEE            ADDRESS              AMOUNT
----------------------------------------------------------------------
03/01/2010  922699    WEST VERIZON WIREL  404 BROCK DRIVE      $     8.97
                                          BLOOMINGTON, IL 61701

DATED: 07/20/2010

                                /s/ John Hardeman
                                _____
                                CHAPTER 13 TRUSTEE
                                P.O. BOX 1948
                                OKLAHOMA CITY, OK 73101
                                (405)236-4843

                                                      #334/LB
```